# IN THE SUPREME COURT OF THE STATE OF NEVADA

928 COUNTRY BACK TRUST, A
NEVADA TRUST,
Appellant,
vs.
BANK OF AMERICA, N.A., A
NATIONAL ASSOCIATION,
Respondent.

No. 79543

FILED

APR 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER VACATING JUDGMENT AND REMANDING

This is an appeal from a district court final judgment following a bench trial in an action to quiet title. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

A panel of this court originally issued a disposition resolving this matter. *928 Country Back Tr. v. Bank of Am., N.A.*, Docket No. 79543 (Order of Reversal and Remand, Sept. 18, 2020). On March 5, 2021, we granted respondent Bank of America's petition for en banc reconsideration of that decision. Having reconsidered the matter, we vacate the panel's September 18, 2020, disposition and issue this disposition in its place.

In *7510 Perla Del Mar Avenue Trust v. Bank of America, N.A.*, 136 Nev. 62, 63, 458 P.3d 348, 349 (2020) (*Perla*), we held that a formal superpriority tender is excused "when evidence shows that the party entitled to payment had a known policy of rejecting such payments." When the panel rendered its previous disposition, it relied on *Bank of America, N.A. v. Thomas Jessup, LLC Series VII*, Docket No. 73785 (Order Affirming in Part, Reversing in Part and Remanding, May 7, 2020), to conclude that the evidence in this case was necessarily insufficient to satisfy *Perla*'s standard. In light of the arguments raised in Bank of America's petition for en banc reconsideration, we conclude that the district court must consider

21-10279

the evidence presented under the *Perla* standard, which the district court did not have at its disposal when it rendered its judgment.[1] We leave to the district court's discretion as to how that should be done. Accordingly, we

ORDER the judgment of the district court VACATED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

_____, J.
Pickering

_____, J.
Herndon

cc: Hon. Elizabeth Goff Gonzalez, District Judge
The Law Office of Mike Beede, PLLC
Hong & Hong
Akerman LLP/Las Vegas
Eighth District Court Clerk

---

[1]We decline to address Bank of America's arguments that the district court did not address in the first instance. *See 9352 Cranesbill Tr. v. Wells Fargo Bank, N.A.*, 136 Nev. 76, 82, 459 P.3d 227, 232 (2020) (declining to address an issue that the district court did not resolve).